### 23137. STUDSTILL *v.* THE STATE.

GUERRY, J. The bill of exceptions in this case was unsigned when tendered to the trial judge on March 1st, which was the last day on which it could be tendered. The judge certifies that he did not discover that it was unsigned until March 3d, at which time he allowed counsel to sign it. *Held,* under the authority of *O'Connell* v. *Friedman,* 117 *Ga.* 948 (43 S. E. 1001), and *Bennett* v. *Bainbridge Farm Co.,* 173 *Ga.* 856 (162 S. E. ⁻134), and cit., that no legal bill of exceptions was tendered.

*Writ of error dismissed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 7, 1933.

*W. A. Wooten, L. C. Harrell, J. H. Milner,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.